UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| IRMA RAMIREZ,<br><br>　　　　　　Plaintiff,<br>　v.<br>111 Partners, a California General Partnership, *et al.*,<br><br>　　　　　　Defendants.<br>_____/ | No. 3:15-cv-02578-LB<br><br>**ORDER TO SHOW CAUSE** |

This is an ADA case that is subject to the case-management deadlines set forth in this district's General Order 56. The plaintiff filed a complaint on June 10, 2015. (ECF No. 1.) The last day to hold a joint site inspection was September 23, 2015, and the deadline to file a notice of need for mediation was 42 days later on November 4, 2015. (ECF No. 3.) No notice was filed. Another issue is that 111 Partners and two individuals (Roger Smith and Michael Smith) answered the complaint and denied that Daniel Ross was an owner or had an ownership interest. (ECF No. 7.) Under the circumstances, the court orders the parties to file a short joint update by November 25, 2015 about 1) whether Daniel Ross should be dismissed or if not, what other action the plaintiff intends to take, and 2) whether the parties request any change in the scheduling order at ECF No. 3. To avoid losing track of the case, the court sets it for a status hearing on December 3, 2015, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: November 17, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

No. 3:15-cv-02578-LB
ORDER